**Order entered June 13, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00177-CV

### BEN SAYANI, Appellant

### V.

### SMOTHERMON FAMILY PARTNERS, LTD.; LYNN FAMILY HOLDINGS, LTD.; RONALD OTIS LYNN, AND DIANA SMOTHERMON, Appellees

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-14752-B

### ORDER

Before the Court is appellant's second unopposed motion for extension of time to file his brief. Appellant explains the extension is necessary, in part, because the clerk's record is incomplete and the supplemental clerk's record he recently requested has not yet been filed.

We **GRANT** the motion to the extent we **ORDER** Dallas County District Clerk Felicia Pitre to file, no later than June 23, 2022, the supplemental clerk's

record requested by appellant on June 9, 2022. We **RESET** the deadline for appellant to file his brief to thirty days after the filing of the supplemental clerk's record.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and the parties.

/s/    ROBERT D. BURNS, III
         CHIEF JUSTICE